IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA CAGNETTI : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-5121 |
| JUNIPER VILLAGE AT BENSALEM : | |
| OPERATIONS, : | |
|   dba JUNIPER COMMUNITIES : | |

## ORDER

**AND NOW**, this 17th day of July 2020, upon consideration of Defendant Juniper Village's Motion for Summary Judgment (ECF No. 28), Plaintiff Jessica Cagnetti's Response in Opposition (ECF No. 29), and Defendant's Reply (ECF No. 32), it is **ORDERED**, consistent with the accompanying Memorandum, that Defendant's Motion is **GRANTED IN PART AND DENIED IN PART**, as follows:

1. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Counts One, Three, Five, and Seven of the Amended Complaint.

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Counts Two and Six of the Amended Complaint, but only with respect to the wrongful termination claims alleged therein. The hostile work environment and unequal pay claims alleged in Counts Two and Six may proceed.

3. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiff on Count Four of the Amended Complaint, but only with respect to the retaliation claim alleged therein. The unequal pay claim alleged in Count Four may proceed.

**IT IS SO ORDERED**.

                **BY THE COURT:**

                **/s/ R. Barclay Surrick**
                **R. BARCLAY SURRICK, J.**