IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JESSICA CAGNETTI : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 18-5121 |
| JUNIPER VILLAGE AT BENSALEM : | |
| OPERATIONS, : | |
|   dba JUNIPER COMMUNITIES : | |

### ORDER

**AND NOW**, this 24th day of July 2020, upon consideration of Plaintiff's Motion *in Limine* Seeking to Prohibit Defendant from Presenting Prejudicial and Improper Character Evidence (ECF No. 41), Defendant's Response in Opposition (ECF No. 48), and Plaintiff's Reply (ECF No. 51), consistent with the accompanying Memorandum, it is **ORDERED** that the Motion is **DENIED**.

    **IT IS SO ORDERED**.

                           **BY THE COURT:**

                           **/s/ R. Barclay Surrick**
                           **R. BARCLAY SURRICK, J.**